ACCEPTED
04-15-00499-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/14/2015 2:05:42 PM
KEITH HOTTLE
CLERK

## COURT OF APPEAL NO. 04-15-00499-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/14/2015 2:05:42 PM
KEITH E. HOTTLE
Clerk

## IN THE COURT OF APPEALS

## FOR THE FOURTH SUPREME JUDICIAL DISTRICT

## SAN ANTONIO, TEXAS

## ROBERT GOMEZ,
## APPELLANT

## V.

## PHILIP BERNAL,
## APPELLEE

## APPEAL FROM

## NO. 2015-PC-0983

| | | |
|---|---|---|
| **IN THE ESTATE OF** | § | **IN THE PROBATE COURT** |
| | § | |
| **LOUIS S. BERNAL,** | § | **NO. 1** |
| | § | |
| **DECEASED** | § | **BEXAR COUNTY, TEXAS** |

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF AND DOCKETING STATMENT

TO THE HONORABLE JUSTICES OF THE COURT:

NOW COMES the Appellee in this Restricted Appeal, referenced above, who requests that the Court, under TRAP 35.1(C), extend the time in which to file Appellee's Brief and Docketing Statement, and would respectfully show the Court as follows:

1

1. Appellee filed his Notice of Restricted Appeal in the Bexar County Probate Clerk's Office on July 6, 2015. His Brief and Docketing Statement are due on or about September 14, 2015. Appellee's Counsel has not been able to complete same.

2. Appellee requests an extension of 30 days to file his Brief and Docketing Statement.

3. No extension has been granted by this Court.

WHEREFORE, PREMISES CONSIDERED, Appellee requests that their deadline be extended until Thursday, October 14, 2015, at 5:00 p.m.

Respectfully submitted,

REED GREENE, MPA, JD

By: _____/S/_____
Reed Greene
Texas Bar No. 08390970
26254 IH 10 West, Suite 135
Boerne, Texas 78006
Tel. (210) 826-1233
Fax. (210) 463-9241
Attorney for Robert Gomez

Jerry H. Kagan
Texas Bar No. 24008963
1600 Culebra Ave.
San Antonio, Texas 78201
Tel. (210) 737-0333
Fax. (210) 738-0088

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2015 a true and correct copy of Plaintiff's Appearance of Counsel was served by fax on Cecil "Tres" Bain III.

____/S/_____
Reed Greene

Cecil "Tres" Bain III
THE NUNLEY FIRM

2

1580 S. Main St., Suite 200
Boerne, Texas  78006
Fax. (830) 816-3388